**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MADALYN THOMAS, a minor, by her parent and natural guardian,** | : | |
| **JASON THOMAS, and in his own right,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **NO.  09-3771** |
| **v.** | : | |
| | : | |
| **STAPLES, INC. and EXECUTIVE MACHINCES, INC. d/b/a JEAM IMPORTS,** | : | |
| **Defendants/Third Party Plaintiffs.** | : | |
| **v.** | : | |
| **JASON and AMY THOMAS,** | : | |
| **Third-Party Defendants.** | : | |

<u>**ORDER**</u>

  **AND NOW**, this \_\_\_\_ day of March, 2014, upon consideration of Defendants Staples, Inc. and Executive Machines, Inc. d/b/a Jeam Imports' Motion for Summary Judgment (Doc. 48) and Plaintiffs Madalyn Thomas and Jason Thomas' Response in Opposition thereto (Doc. 51), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**.[1]

  **IT IS FURTHER ORDERED** that a **TELEPHONE CONFERENCE** to set a trial date certain

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 4, 2014.

shall be held on **March 10, 2014 at 2:30 pm**.  Prior to the conference, the parties are directed to confer on mutually agreeable dates for trial.  Plaintiffs' counsel shall initiate the telephone call, and contact the Court once all parties have convened on the line. Chambers can be reached by dialing (267) 299-7610.


**BY THE COURT:**

**/s/ Petrese B. Tucker**

**_____**

**Hon. Petrese B. Tucker, C. J.**